THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tron Wilson, Appellant.
 
 
 

Appeal From Horry County
 Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2009-UP-132
 Submitted March 2, 2009  Filed March 5,
2009   

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: Tron Wilson appeals his conviction and sentence for
 murder, arguing the trial judge erred in failing to instruct the jury on the
 defense of alibi.  After a
 thorough review of the record and counsels brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be
 relieved.[1]
APPEAL
 DISMISSED.
SHORT, THOMAS, and GEATHERS,
JJ., concur. 

[1] We decide this case without oral argument pursuant
to Rule 215, SCACR.